**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1026**

AURA LABRO KARAGIANNOPOULOS,

       Plaintiff - Appellant,

  v.

CITY OF LOWELL,

       Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:05-cv-00401-FDW-DCK)

Submitted: March 22, 2012      Decided: March 29, 2012

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Aura Labro Karagiannopoulos, Appellant Pro Se. Martha Raymond Thompson, STOTT, HOLLOWELL, PALMER & WINDHAM, Gastonia, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aura Labro Karagiannopoulos appeals the district court's order denying her post-judgment motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Karagiannopoulos v. City of Lowell, No. 3:05-cv-00401-FDW-DCK (W.D.N.C. Dec. 13, 2011). We also deny Karagiannopoulos' motion for a hearing en banc. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED